# CRIMINAL CASE COVER SHEET

By: ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____
☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*
☐ RULE 20

USA v. __EDWARD KELLEY_____

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases
☐ Zone A ☐ Zone B

Name of Assigned AUSA: __Casey T. Arrowood_____

Matter Sealed: ☐ YES ☑ NO    Place of Offense: __Blount County TN__

☐ Interpreter Required   Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☑ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☑ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed    Case Number: __3:22-MJ-2228__
☐ Defendant on Supervised Release   Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): __George Wallace_____

☑ Federal Defender ☐ CJA ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment   Case Number: _____

CHARGES: Total # of Counts for this Defendant _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1117 | Conspiracy to Murder Employees of the United States | | | |
| 2 | 18 U.S.C. § 373 | Solicitation to Commit a Crime of Violence | | | |
| 3 | 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat | | | |

(Attach additional page, if needed)

Attorney Signature _____