# CRIMINAL CASE COVER SHEET

| | |
|---|---|
| By: | ☑ INDICTMENT ☐ SUPERSEDING Case Number: _____<br>☐ INFORMATION *(Requires AO 455 Waiver of Indictment for Felony Cases)*<br>☐ RULE 20 |

USA v. **AUSTIN CARTER**

☑ Felony ☐ Class A Misdemeanor *(AO86A Consent form required at Initial Appearance)*
☐ Misdemeanor *(Not class A)* ☐ Petty Offense

☐ Defendant is being added to existing criminal case
☐ Charges/Counts Added

Immigration Cases: ☐ Zone A ☐ Zone B

Name of Assigned AUSA: **Casey T. Arrowood**

Matter Sealed: ☐ YES ☑ NO    Place of Offense: **Blount County TN**

☐ Interpreter Required    Language: _____

Issue: ☐ WARRANT ☐ SUMMONS ☑ WRIT (Motion to be filed)

Arresting Agency: ☐ DEA ☐ ATF ☐ USMS ☑ FBI ☐ Other: _____

Current Trial Date (if any): _____ before Judge _____

☑ Criminal Complaint Filed    Case Number: **3:22-MJ-2228**

☐ Defendant on Supervised Release    Case Number: _____

Related Case/Attorney:

Case Number _____    Attorney _____

Reason for Related Case Determination _____

Defense Counsel (if any): **Joshua Hedrick**

☐ Federal Defender    ☑ CJA    ☐ Retained

Appointed by Target Letter    Case Number: _____
Appointed in Pending Indictment    Case Number: _____

CHARGES:    Total # of Counts for this Defendant _____

| | Title & Section | Description of Offense Charged | New Count? Y or N | New Count # | Old Count # |
|---|---|---|---|---|---|
| 1 | 18 U.S.C. § 1117 | Conspiracy to Murder Employees of the United States | | | |
| 2 | 18 U.S.C. § 373 | Solicitation to Commit a Crime of Violence | | | |
| 3 | 18 U.S.C. § 115(a)(1)(B) | Influencing Federal Official by Threat | | | |

(Attach additional page, if needed)

Attorney Signature _____