# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE – COURTROOM 3A

**Case #:** 3:22-cr-118  **Date:** January 3, 2023

United States of America **vs.** Edward Kelley & Austin Carter

**Present Before:** Honorable Jill E. McCook, United States Magistrate Judge

| Mallory Dahl | ECRO | |
|---|---|---|
| **Courtroom Deputy** | **Court Reporter** | **Probation Officer** |
| | Nicholas Wallace (Kelley) | |
| Casey Arrowood | Joshua Hedrick (Carter) | |
| **Asst. U.S. Atty** | **Atty(s) for Defendant(s)** | **Atty(s) for Defendant(s) (Cont.)** |

**Proceedings:** Parties present for an ☐ Initial Appearance ☑ Arraignment on an Indictment.
- ☑ Defendant sworn.
- ☐ Defendant requested appointment of counsel and submitted financial affidavit.
- ☐ Court approved financial affidavit and appointed counsel.
- ☐ Defendant present with retained counsel.
- ☑ Plea entered: ☑ Not Guilty ☐ Guilty
- ☑ Government requested detention of the defendant:
  - ☐ Defendant waived and reserved the right to a detention hearing.
  - ☑ Defendant Kelley requested detention hearing.
  - ☑ Detention hearing set. ☐ Detention hearing held.
- ☐ Parties agreed to conditions on which the defendant could be released.
- ☑ Court set schedule and scheduling order to enter.
- ☐ With the exception of new deadlines set out below, the schedule in this case is governed by the Order Continued Dates and Deadlines, which was previously entered in this case. Scheduling Order provided to counsel.
- ☐ Case under seal as to defendant: ☐ Unsealed upon granting of motion by AUSA ☐ To remain under seal.

**Dates set at this hearing:**
- ☑ **Jury Trial:** 2/28/2023 at 9:00 a.m. before USDJ Varlan
- ☑ **Pretrial Conf.:** 2/16/2023 at 10:00 a.m. before USMJ McCook
- ☑ **Detention Hrng.:** 1/10/2023 at 1:30 p.m. before USMJ McCook
- ☐ **Motion Hrng:**
- ☐ **Status Conf:**

**Deadlines set at this hearing:**
- ☑ **Discovery DDL:** 1/10/23
- ☑ **Motion Cut-Off:** 1/31/23
- ☑ **Response DDL:** 2/14/23
- ☑ **Reciprocal Disc.:** 2/16/23
- ☑ **Plea DDL:** 1/27/23

☑ Defendant remanded to custody.   ☐ Defendant released on Order Setting Conditions of Release.

**Time:** 1:30 p.m. **to** 1:50 p.m.

◉ I, Mallory Dahl, **Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.**
Knox-DCR_ 22cr118 _012323