UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:22-cr-118 |
| v. | ) | |
| | ) | Judge Varlan |
| EDWARD KELLEY and | ) | Magistrate Judge McCook |
| AUSTIN CARTER | ) | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

The United States of America by and through Francis M. Hamilton III, United States Attorney for the Eastern District of Tennessee, hereby enters this Notice of Appearance on behalf of the undersigned Assistant United States Attorney. The undersigned is a registered user of the Electronic Case Filing system in the Eastern District of Tennessee. All further pleadings, notices, and orders regarding the above-captioned case, in addition to being served on lead counsel, should be served on the undersigned.

Respectfully submitted,

FRANCIS M. HAMILTON, III
United States Attorney

By: *s/ Kyle J. Wilson*
Kyle J. Wilson, TN BPR# 31844
Assistant United States Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402
(423) 752-5140