Edward Kelley
Request for new legal counsel
6/15/2024

To the Federal Court of Knoxville, TN. I, Edward Kelley, respectfully request for new legal counsel to be appointed to me due to a conflict of interest between my appointed Federal Defenders and the law office of Rose and Moffett representing my wife, Kawana Kelley, in our divorce. I will elaborate on this request with the following reasons:

- The potential for either case to be compromised is too high given the marital relationship between one of my lawyers, John Moffett, and the law partner of Jason Rose, the divorce lawyer representing my wife.

- Either counsel on either case could easily or even inadvertantly divulge details about either proceedings to each other. In light of this there is no gaurantee of uncompromized legal counsel that I am afforded.

- There is no practical way to know if any of the counsels involved has compromized my case, being that I am currently detained while awaiting trials. Unless one of any of the lawyers involved in this personally tells me or speaks publicly about it, there is simply no possible way to know if there is a problem.

- Furthermore, details and/or allegations related to my current criminal cases are likely to be cited during the divorce proceedings. The potential for problems arising from this is too great, therefore the larger the separation between my legal counsel and my wife's divorce counsel the better.

It is for these reasons that I request for a new legal counsel to be assigned to me.