# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:22-CR-118-001 |
| ) | |
| ) | |
| ) | Judges Varlan/Poplin |
| ) | |
| EDWARD KELLEY ) | |
| ) | |
| Defendant ) | |

## MOTION TO REVIEW ATTORNEY/CLIENT RELATIONSHIP

The Federal Defender Services of Eastern Tennessee, Inc. (FDSET), appointed counsel for Edward Kelley, moves the Court to review the attorney/client relationship in this case. In support of this request, counsel would show the following:

1. Mr. Kelley has filed with the Court a Pro Se request for new counsel.

2. Counsel for Mr. Kelley has met with him and understands from the meeting that Mr. Kelley does request new counsel for the reasons set forth in the Pro Se filing.

3. Counsel believes that disclosure of any additional information could potentially harm Mr. Kelley's interests in this matter and/or violate the rule of confidentiality.

WHEREFORE, FDSET respectfully requests this Honorable Court to set a hearing and review the attorney/client relationship in this case.

Respectfully submitted this the 17th day of June, 2024.

                By:    <u>s/ Jonathan A. Moffatt</u>
                        G. Nicholas Wallace
                        ASB No. 6992D56F
                        Jonathan A. Moffatt
                        BOPR No. 18137
                        Asst. Federal Community Defenders
                        800 S. Gay Street, Suite 2400
                        Knoxville, TN 37929
                        (865) 637-7979

                        **<u>COUNSEL FOR DEFENDANT</u>**