UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-CR-118 |
| | ) | |
| EDWARD KELLEY | ) | District Judge Varlan |

**Exhibit List of the United States**

| No. | Exhibit | Authent. | Admitted | Published | Notes |
|---|---|---|---|---|---|
| 1 | Signal Chats "be prepared" | | | | |
| 2 | The List | | | | |
| 2-R | The List (**Redacted**) | | | | |
| 3 | CR Thumb Drive (Photo) (1B21) | | | | |
| 4 | Manila Envelope that contained The List and thumb drive (Photo) | | | | |
| 5 | Signal Recorded Call 1: Roddy to Carter Dec 14, 2022 at 12:18 pm | | | | |
| 6 | Signal Recorded Call 2: Roddy to Kelley Dec 14, 2022 at 12:32 pm | | | | |
| 7 | Signal Recorded Call 3: Kelley to Roddy Dec 14, 2022 at 12:51 pm | | | | |
| 8 | Signal Recorded Call 4: Roddy to Kelley Dec 14, 2022 at 2:14 pm | | | | |
| 9 | Signal Recorded Call 5: Roddy to Kelley Dec 14, 2022 at 3:45 pm | | | | |
| 10 | Signal Recorded Call 6: Roddy to Carter Dec 14, 2022 at 5:06 pm | | | | |
| 11 | Signal Recorded Call 7: Roddy to Kelley Dec 15, 2022 at 4:34 pm | | | | |
| 12 | Plea Agreement of Austin Carter | | | | |
| 13 | EK Weapons Found in Residence Search | | | | |
| 14 | EK To-Do List (residence search Dec 2022) | | | | |
| 15 | FBI SA Richard Smith, *see vid3 Exhibit 24* | | | | |
| 16 | EK Conditions of Release May 5, 2022 | | | | |
| 17 | EK Duffle Bag Bomb Materials (May 2022) | | | | |
| 18 | EK Tannerite (Residence Search May 2022) | | | | |
| 19 | AC and EK Text Message 12.6.2022 | | | | |
| 20 | EK Phone (1B1) | | | | |
| 21 | Calendar Entry | | | | |
| 22 | Factory Data Reset Screen FROM PHONE | | | | |
| 23 | Books on EK's computer | | | | |
| 24 | Home Security Video (Vid3) – FBI visit to EK | | | | |
| 25 | Email Edward Kelley to Loretta Smith dated 9/27/2022 | | | | |
| 25-R | Email Edward Kelley to Loretta Smith dated 9/27/2022 (**Redacted**) | | | | |
| 26 | EK Samsung Tablet (1B10) | | | | |
| 27 | EK Hard Drives (1B8) | | | | |
| 29 | EK Laptop (1B5) | | | | |
| 30 | AC Thumb Drive (photo) (1B10) | | | | |
| 31 | Dept of Army Technical Manual – Military Explosives | | | | |
| 32 | Factory Data Reset Screen FROM REPORT | | | | |
| 33 | Black Book Companion – State of the Art Improvised Munitions | | | | |
| 34 | EK Known Prints (P7-P9) | | | | |
| 35 | EK Print P7 | | | | |
| 36 | EK P7 NGI Comparison | | | | |
| 37 | EK Print P8 | | | | |
| 38 | EK Print P9 | | | | |

2
Case 3:22-cr-00118-TAV-JEM     Document 63-1     Filed 08/08/24     Page 2 of 2
PageID #: 195