UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-cr-118-TAV-JEM-1 |
| EDWARD KELLEY, | ) |
| Defendant. | ) |

## **VERDICT FORM**

We, the members of the jury, find unanimously and from all the evidence as follows:

### **Count One**

1) As to Count One of the Indictment charging a violation of 18 U.S.C. §§ 1114, 1117, that is, from a date unknown, but at least from on or about December 3, 2022, to on or about December 15, 2022, within the Eastern District of Tennessee and elsewhere, defendant Edward Kelley and another knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to murder officers and employees of the United States, to wit, employees of the Federal Bureau of Investigation, while such officers and employees were engaged in, and on account of the performance of, official duties, we find:

**Defendant Edward Kelley:**

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

## Count Two

2) As to Count Two of the Indictment charging a violation of 18 U.S.C. § 373, that is, from on or about December 3, 2022, to on or about December 15, 2022, within the Eastern District of Tennessee and elsewhere, defendant Edward Kelly, with the intent that one or more persons engage in conduct constituting a felony that has as an element the use, attempted use and threatened use of physical force against the person of another in violation of the laws of the United States, and under circumstances strongly corroborative of that intent, did solicit, command, induce, and endeavor to persuade such other persons to engage in such conduct, that is, to murder an officer and employee of the United States in violation of 18 U.S.C. § 1114, we find:

**Defendant Edward Kelley:**

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

## Count Three

3) As to Count Three of the Indictment charging a violation of 18 U.S.C. § 115(a)(1)(B), that is, on or about December 14, 2022, within the Eastern District of Tennessee and elsewhere, defendant Edward Kelley did threaten to assault and murder Federal law enforcement officers, with intent to impede, intimidate, and interfere with Federal law enforcement officers while engaged in the performance of official duties, and with the intent to retaliate against such Federal law enforcement officers on account of the performance of official duties, we find:

**Defendant Edward Kelley:**

_____ NOT GUILTY

\_\_✓\_\_ GUILTY

**SIGNATURE REDACTED**

_____
Signature of FOREPERSON

\_\_11/20/2024_____
Date