UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD KELLEY | No. 3:22-CR-118<br><br>Judge Varlan |

## MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby requests that the proposed document and attachments in the above-referenced matter be sealed due to the nature of the material contained therein. The proposed document relates to material that was previously sealed by the Court. In the event future circumstances warrant unsealing, the United States respectfully requests an opportunity to propose redactions for the Court's consideration.

Wherefore, the United States of America respectfully requests that the proposed document as to the above-referenced defendant be sealed with the exception that the United States Attorney's Office will provide a copy to counsel for the defendant.

Respectfully submitted on February 28, 2025.

                                                          FRANCIS M. HAMILTON III
                                                          UNITED STATES ATTORNEY

By:   */s/ Casey T. Arrowood*
          Casey T. Arrowood
          Kyle J. Wilson
          Assistant United States Attorneys
          TN BPR No. 038225, TN BPR No. 031844
          800 Market Street, Suite 211
          Knoxville, TN 37902
          (865) 545-4167
          Casey.Arrowood2@usdoj.gov
          Kyle.Wilson@usdoj.gov