UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:22-CR-118 |
| | ) | JUDGE Varlan |
| EDWARD KELLEY | ) | |

## NOTICE OF NO OBJECTION TO THE
## REVISED PRESENTENCE INVESTIGATION REPORT

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby files this Notice of No Objection to the Revised Presentence Investigation Report and states as follows:

After having reviewed in full the Revised Presentence Investigation Report prepared by Tara R. Gray, United States Probation Officer, the United States has no objection to the Revised Presentence Investigation Report as prepared.

Respectfully submitted, this the 14th day of April 2025.

        FRANCIS M. HAMILTON III
        UNITED STATES ATTORNEY

By: *s/ Casey T. Arrowood*
    Casey T. Arrowood
    Kyle J. Wilson
    Assistant United States Attorneys
    TN BPR No. 038225
    TN BPR No. 031844
    800 Market Street, Suite 211
    Knoxville, Tennessee 37902
    (865) 545-4167
    Casey.Arrowood2@usdoj.gov
    Kyle.Wilson@usdoj.gov