UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | No. 3:22-CR-118 |
|---|---|
| v. | Judge Varlan |
| EDWARD KELLEY | |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR A CONTINUANCE

On April 14, 2025, the Defendant filed a motion to continue the Defendant's sentencing currently set to occur on May 7, 2025. (Doc. 115.) The United States has reviewed the motion and does not object to the Defendant's requested continuance.

Respectfully submitted,

FRANCIS M. HAMILTON III
UNITED STATES ATTORNEY

By: */s/ Casey T. Arrowood*
*/s/ Kyle J. Wilson*
Casey T. Arrowood
Kyle J. Wilson
Assistant United States Attorneys
TN BPR No. 038225
TN BPR No. 031844
800 Market Street, Suite 211
Knoxville, TN 37902
(865) 545-4167
Casey.Arrowood2@usdoj.gov
Kyle.Wilson@usdoj.gov