UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CR-118-TAV-JEM-1 |
| EDWARD KELLEY, | ) |
| Defendant. | ) |

## **ORDER**

This criminal case is before the Court on defendant's Motion to Continue Sentencing Hearing [Doc. 115]. The government responded by indicating that it is not opposed to the requested continuance [Doc. 117]. Counsel for defendant requests additional time to review the changes contained in the recently filed Revised Presentence Investigation Report [Doc. 115, p. 1]. Additionally, counsel informs the Court that he faces additional sentencing hearings scheduled for the same week as defendant's current date [*Id.* at 2].

For good cause shown, and in light of the lack of opposition, defendant's motion [Doc. 115] is **GRANTED**. The parties are hereby **ORDERED** to contact the Courtroom Deputy for available dates to reset this hearing.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE