IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No.: 3:22-CR-118-TAV |
| | ) | |
| EDWARD KELLEY | ) | |
| and AUSTIN CARTER, | ) | |
| | ) | |
|     *Defendant.* | ) | |
| | ) | |

## MOTION TO WITHDRAWAL APPEARANCE OF COUNSEL

Pursuant to Local Rule 83.4 Matt M. Dummermuth respectfully moves for leave of Court to withdraw his appearance as counsel for William Taylor, with Mr. Taylor's written consent to the withdraw attached hereto as Exhibit A.

Undersigned counsel will be leaving the Binnall Law Group to take another position. William Taylor will continue to be represented by Jared Roberts of Binnall Law Group.

The undersigned counsel notes that Local Rule 83.4 requires inclusion of the client's current address and telephone number in the motion. However, that information is currently under seal in this matter, and undersigned counsel is therefore unable to disclose it in this filing.

WHEREFORE, the undersigned counsel asks that this Court grant him leave to withdraw as counsel for William Taylor in this matter.

Respectfully submitted,

/s/ *Matt M. Dummermuth*
Matt M. Dummermuth (*pro hac vice*)
BINNALL LAW GROUP, PLLC
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943
Fax: (703) 888-1930
Email: matt@binnall.com

*Counsel for William Taylor*

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2025, a true and correct copy of the foregoing was served by first class mail and electronic mail on:

**Mark E Brown**
Menefee & Brown, P.C.
2633 Kingston Pike
Suite 100
Knoxville, TN 37919
865-357-9800
Fax: 865-357-9810
Email: mbrown@menefeebrown.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**George Nicholas Wallace**
Federal Defender Services of Eastern Tennessee, Inc. (Knox)
800 South Gay Street
Suite 2400
Knoxville, TN 37929-9714
865-637-7979
Fax: 865-637-7999
Email: Nick_Wallace@fd.org
*TERMINATED: 06/20/2024*
*Designation: Public Defender or Community Defender Appointment*

**Casey Thomas Arrowood**
U S Department of Justice (Knox USAO)
Office of U S Attorney
800 Market Street
Suite 211
Knoxville, TN 37902
(865) 225-1720
Email: casey.arrowood2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

**Kyle J Wilson**
U S Department of Justice (Chattanooga USAO)
Office of U S Attorney

1110 Market Street
Suite 515
Chattanooga, TN 37402
423-752-5140
Email: kyle.wilson@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: United States Attorney*

                                                          /s/ *Matt M. Dummermuth*
                                                        Matt M. Dummermuth