UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:22-CR-118-TAV-JEM |
| | ) | |
| EDWARD KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This criminal case is before the Court on defendant's notice of objections to the revised presentence investigation report [Doc. 123]. The Court hereby **ORDERS** the government to file a response to defendant's notice of objections [Doc. 123] by **Friday, June 13, 2025**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE