AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

V.

EDWARD KELLEY

## EXHIBIT AND WITNESS LIST

Case Number: 3:22-CR-118

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas A. Varlan | Casey Arrowood & Kyle Wilson | Mark Brown |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Sentencing July 2, 2025 | Terri Grandchamp | Julie Norwood |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 7/2/2025 | X | X | Forensic report of defendant's laptop |
| 2 | | 7/2/2025 | X | X | Jail Video recording - November 21, 2024 |
| 3 | | 7/2/2025 | X | X | Jail Video recording - February 11, 2025 |
| 4 | | 7/2/2025 | X | X | Jail video recording - March 8, 2025 |
| 5 | | 7/2/2025 | X | X | Jail video recording - March 15, 2025 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages