# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No: 3:22-cr-118 |
| | ) JUDGE VARLAN |
| EDWARD KELLEY, | ) Magistrate Judge McCook |
| | ) NOTICE OF APPEAL |
| Defendant. | ) |

## NOTICE OF APPEAL

COMES the Defendant Edward Kelley ("Kelley"), by and through counsel and hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Final Judgment entered in this action on July 2, 2025.

This is the 3rd day of July 2025

/s/ Mark E. Brown
Mark E. Brown (BPR #021851)
MENEFEE & BROWN, P.C.
2633 Kingston Pike, Ste. 100
Knoxville, Tennessee 37919
Phone: (865) 357-9800
Fax: (865) 357-9810
e-mail: mbrown@menefeebrown.com

*Attorney for the Defendant Edward Kelley*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of July 2025, a true and exact copy of this document has been served via this Court's electronic filing system with service on all those appearing on this Court's electronic service certificate. All parties in interest may access this pleading via ECF.

/s/ Mark E. Brown
Mark E. Brown