UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

    Plaintiff,

v.

EDWARD KELLEY

    Defendant.

Case No. 3:22-CR-118-TAV

**FILED**

AUG 04 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for WILLIAM TAYLOR moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✓] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

ATTACHED

[✓] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2025

_Jared Roberts_
(Signature–hand signed)

Name: JARED J. ROBERTS
Firm: BINNALL LAW GROUP
Address:

717 KING STREET, STE. 200, ALEXANDRIA VA, 22314

Email address: JARED@BINNALL.COM

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

# Jared Joseph Roberts

Virginia Bar – 10/15/21
Florida State Bar – 5/18/22

| Court | Period of Admission | Bar No. |
|---|---|---|
| 9th Circuit, U.S. Court of Appeals | 09/10/2024 – Present | |
| 11th Circuit, U.S. Court of Appeals | 10/17/2022 – Present | |
| W.D. Va. | 05/25/2022 – Present | VA 97192 |
| E.D. Va. | 04/12/2022 – Present | VA 97192 |
| N.D. Fla. | 12/8/22 – Present | FL 1036550 |
| M.D. Fla. | 05/27/2022 – Present | FL 1036550 |
| S.D. Fla. | 08/16/2022 – Present | FL 1036550 |
| Virginia State Courts | 10/15/2021 – Present | VA 97192 |
| Florida State Courts | 05/18/2022 – Present | FL 1036550 |

Bar Association's
Virginia Bar Association - Active
Florida Bar Association - Active

AO 136 (Rev. 9/98) Certificate of Good Standing

UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Virginia

**CERTIFICATE OF GOOD STANDING**

I, Fernando Galindo, Clerk of this Court,

certify that Jared Joseph Roberts, Bar # 97192,

was duly admitted to practice in this Court on

04/12/2022, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at Alexandria, VA on July 16, 2025.
LOCATION DATE

Fernando Galindo
CLERK OF COURT

DEPUTY CLERK



**Sophia Snead**
PARALEGAL

P: 703-888-1943
E: sophia@binnall.com

July 31, 2025

<u>VIA USPS</u>

LeAnna R. Wilson, Clerk of Court
United States District Court
Eastern District of Tennessee
Knoxville Division
Howard H. Baker, Jr. United States Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902

    RE: *United States of America v. Edward Kelley*
         Case No. 3:22-CR-118

**Dear Ms. Wilson,**

    Enclosed for filing in the above-referenced matter are the original and one (1) copy of a **Motion for Admission** *Pro Hac Vice* by Jared J. Roberts, counsel for William Taylor. Also enclosed is a check in the amount of **$150.00** for the required filing fee.

    Please date-stamp the enclosed copy and return it to our office using the enclosed self-addressed, stamped envelope.

    If you have any questions, please do not hesitate to contact our office.

                                Sincerely,

                                Sophia Snead

*Enclosures*

WWW.BINNALL.COM



# U.S. District Court

### Tennessee Eastern - Knoxville

Receipt Date: Aug 4, 2025 1:32PM

The Binnall Law Group
717 King St
Alexandria , VA 22314

Rcpt. No: 300006349    Trans. Date: Aug 4, 2025 1:32PM    Cashier ID: #JF (2318)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 111 | Pro Hac Vice | DTNE325BB000001 /001<br>CLERK US DISTRICT COURT | 1 | 150.00 | 150.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #15217 | 08/4/2025 | | $150.00 |
| | | | Total Due Prior to Payment: | | $150.00 |
| | | | Total Tendered: | | $150.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** PHV 3:22cr118 Jared Roberts

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.