

**Binnall Law Group**
717 King Street, Suite 200 • Alexandria, VA 22314



PITNEY BOWES
$0.74
US POSTAGE
FIRST-CLASS
028W0002310942
2000211191
ZIP 22314
JUL 31 2025



RECEIVED
AUG 0 2025
Clerk, U.S. District Court
Eastern District of Tennessee
At Knoxville

LeAnna R. Wilson, Clerk of Court
U.S. District Court Eastern District of Tennessee
Knoxville Division
Howard H. Baker, Jr. U.S. Courthouse
800 Market Street, Suite 130
Knoxville, Tennessee 37902

INSPECTED

WWW.BINNALL.COM